UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTNEY DEWAYNE BROOKS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07-0358 (PLF) |
| ALBERTO GONZALEZ, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

The Court has before it plaintiff's motion for reconsideration, under Federal Rule of Civil Procedure 60(b), of the Court's Memorandum Opinion and Order of February 26, 2007, dismissing petitioner's motion for *habeas corpus* under 28 U.S.C. § 2241 against Attorney General Alberto Gonzales and Director of the Federal Bureau of Prisons Harley Lappin. Upon consideration of the motion for reconsideration, and the entire record in this case, it is hereby

ORDERED that plaintiff's motion for reconsideration [3] is DENIED.

SO ORDERED.

                                                   /s/
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: April 25, 2007